# Third District Court of Appeal

## State of Florida

Opinion filed August 3, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2452
Lower Tribunal No. 20-21875
_____

**José Yeyille,**
Appellant,

vs.

**The School Board of Miami-Dade County, Florida, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

José Yeyille, in proper person.

Walter J. Harvey, School Board Attorney, and Luis M. Garcia, Deputy School Board Attorney, for appellees.

Before LOGUE, LINDSEY and HENDON, JJ.

PER CURIAM.

Affirmed.